UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the August 12, 2006
RAHMAN/MASKAEV Program,

                          Plaintiff,

    -against-

BERTRAM D. REGIS, Individually and d/b/a
REGIS UNISEX a/k/a REGIS BARBER SHOP
a/k/a REGIS UNISEX BARBER SHOP a/k/a
REGIS, and REGIS UNISEX a/k/a REGIS
BARBER SHOP a/k/a REGIS UNISEX
BARBER SHOP a/k/a REGIS,

                          Defendants.
-------------------------------------------------------------X

JUDGMENT
06-CV- 6102 (JG)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 29 2008 ★
*TP*

      An Order of Honorable John Gleeson, United States District Judge, having been filed on April 25, 2008, directing the Clerk of Court to enter a default judgment against both defendants, jointly and severally, in the total amount of $4, 281.25, consisting of $3,000.00 in statutory damages and $1,281.25 in fees and costs; it is

      ORDERED and ADJUDGED that a default judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc., as Broadcast Licensee of the August 12, 2006 Rahman/Maskaev Program, and against defendants, Bertram D. Regis, Individually and d/b/a Regis Unisex a/k/a Regis Barber Shop a/k/a Regis Unisex Barber Shop a/k/a Regis, and Regis Unisex a/k/a Regis Barber Shop a/k/a Regis Unisex Barber Shop a/k/a Regis, jointly and severally, in the total amount of $4,281.25, consisting of $3,000.00 in statutory damages and $1,281.25 in fees and costs.

Dated: Brooklyn, New York
       April 28, 2008

                          s/Robert C. Heinemann

                          ROBERT C. HEINEMANN
                          Clerk of Court